```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                              :

ZEMPERELLI,                                    :

                                              :    09 CV 300 (LAP)

                     Plaintiff,         :    <u>ORDER</u>

      v.                                       :

THE ROYAL BANK OF SCOTLAND  :
GROUP PLC, et al.,                    :

                   Defendants.       :

------------------------------------------------------X

HAROLD H. POWELL TRUST,       :
                                           :    09 CV 617 (LAP)

                    Plaintiff,       :

     v.                                      :

THE ROYAL BANK OF SCOTLAND  :
GROUP PLC, et al.,                   :

                 Defendants.      :

------------------------------------------------------X

GORDON,                                    :
                                           :    09 CV 704 (LAP)

                   Plaintiff,       :
     v.                                    :

THE ROYAL BANK OF SCOTLAND  :
GROUP PLC, et al.,                   :

                 Defendants.      :

------------------------------------------------------X

```
------------------------------------------------X
                                                :
FERDINAND LEVY,                                 :
                                                :    09 CV 856 (LAP)
                Plaintiff,                      :
                                                :
        v.                                      :
                                                :
THE ROYAL BANK OF SCOTLAND                      :
GROUP PLC, et al.,                              :
                                                :
                Defendants.                     :
                                                :
------------------------------------------------X
                                                :
WACKSMAN,                                       :
                                                :    09 CV 857 (LAP)
                Plaintiff,                      :
        v.                                      :
                                                :
THE ROYAL BANK OF SCOTLAND                      :
GROUP PLC, et al.,                              :
                                                :
                Defendants.                     :
                                                :
------------------------------------------------X
                                                :
KOSSEFF,                                        :
                                                :    09 CV 890 (LAP)
                Plaintiff,                      :
                                                :
        v.                                      :
                                                :
THE ROYAL BANK OF SCOTLAND                      :
GROUP PLC, et al.,                              :
                                                :
                Defendants.                     :
                                                :
------------------------------------------------X
```

------------------------------------------------------X
:
BROWN,                                                :
                                                      :     09 CV 1096 (LAP)
                                                      :
               Plaintiff,                             :
                                                      :
        v.                                            :
                                                      :
THE ROYAL BANK OF SCOTLAND                            :
GROUP PLC, et al.,                                    :
                                                      :
               Defendants.                            :
                                                      :
------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

  Counsel in these related cases shall confer and inform the Court by letter no later than March 13 how they propose to proceed so as to resolve these cases in a just, speedy and inexpensive manner. For example, do counsel contemplate the filing of a motion to consolidate or a single joint consolidated amended complaint covering all actions? If so, when?

  To the extent that Defendants believe that any complaint, including any joint consolidated amended complaint, is insufficient, they shall so inform Plaintiff(s) by letter, detailing all perceived deficiencies. Plaintiff(s) shall then inform the Court whether he/they wish to stand on the present complaint, without further amendment, or file an

amended complaint with the understanding that no further amendments will be permitted thereafter. Counsel shall confer and agree upon a proposed schedule.

SO ORDERED:

Dated: February 24, 2009

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

Ordercomplinsuff3