USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/09/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Royal Bank of Scotland Group PLC  ) 09 Civ. 300 (DAB)
Securities Litigation  )
  ) ECF Case

## NOTICE OF WITHDRAWAL OF CHRISTOPHER J. MEADE AND PROPOSED ORDER

Please withdraw my appearance as counsel in the above-captioned matter for Defendants The Royal Bank of Scotland Group plc ("RBS"), Sir Fred Goodwin, Sir Tom McKillop, Guy Whittaker, John Cameron, Lawrence Fish, Gordon Pell, Mark Fisher, Colin Buchan, Jim Currie, Sir Steve Robson, Robert Scott, Peter Sutherland, Archie Hunter, Charles Koch, Joseph MacHale, Janis Kong, and William Friedrich. As of February 28, 2010, I will no longer be a member of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and will no longer have any association with the above-captioned matter. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the above-named Defendants.

Dated: New York, New York
February 22, 2010

Christopher J. Meade
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Christopher.Meade@wilmerhale.com

SO ORDERED

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
March 9, 2010