UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Royal Bank of Scotland Group plc Securities Litigation | 09 Civ. 300 (DAB)<br><br>ECF Case<br><br>Oral Argument Requested |

# THE ROYAL BANK OF SCOTLAND GROUP PLC'S AMENDED NOTICE OF MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that, pursuant Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), 12(b)(6), and 12(f), upon the Memorandum of Law in Support, and the accompanying Appendices of Declarations and Associated Exhibits, and upon all prior proceedings and papers filed herein, Defendant The Royal Bank of Scotland group plc ("RBS"), by its undersigned counsel, will move this Court before the Honorable Deborah A. Batts, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York, at a time and date convenient for the Court, for an order (a) dismissing Counts One, Two, Six, Seven, Eight, Nine, and Ten, for failing to state a claim consistent with the Supreme Court's decision in *Morrison v. National Australia Bank Ltd.* and, in the alternative, striking all allegations in the Consolidated Amended Complaint that are inconsistent with *Morrison*; (b) dismissing all claims against RBS under the *forum non conveniens* doctrine; (c) dismissing all claims against RBS based on the April 2008 Rights Issue (Counts Nine and Ten) on the basis of a mandatory forum selection clause granting exclusive jurisdiction over those claims to the Courts of England and Wales; (d) dismissing all claims for failure to state a claim upon which relief can be granted; and (e) granting such other relief as this Court may deem just and proper.

Dated: July 20, 2010

Respectfully submitted,

/s/ Paul A. Engelmayer
Paul A. Engelmayer
Robert W. Trenchard
David S. Lesser
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, New York  10022
Telephone: 212-230-8800
Fax: 212-230-8888

*Counsel for The Royal Bank of Scotland Group plc*

- 2 -