# Labaton Sucharow



Louis Gottlieb
Partner
212 907 0872 direct
212 883 7072 fax
lgottlieb@labaton.com

August 3, 2010



**VIA HAND DELIVERY**

Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1581

Re:  *In re Royal Bank of Scotland Group PLC Sec. Litig.*, 09 Civ 300 (DAB)

Dear Judge Batts:

We are one of the co-lead counsel for the Ordinary Share Lead Plaintiffs in the above-captioned matter.

We write to respectfully request an extension of time for the submission of our response addressing the impact of the Supreme Court's June 24, 2010 decision in *Morrison v. National Australia Bank Ltd.*, No. 08-1191. Pursuant to the parties' request, Your Honor previously set a briefing schedule that provided for Plaintiffs' response to be filed on August 10, 2010 and for Defendants' reply to be filed on August 20, 2010 [Dkt No. 146]. Defendants' opening brief was filed on July 20, 2010.

Plaintiffs request an extension of 15 days, such that their response would be due on August 25, 2010. Defendants have consented to this request, provided that the Court allows that the due date for their reply submission be re-set for September 15, 2010. These dates take into consideration both vacation schedules and the observance of religious holidays for counsel on both sides.

No previous request for an extension of these dates has been made.

Sincerely yours,

Louis Gottlieb

cc:  All counsel of record (via e-mail)

*Granted /DAB/ 08/04/10*

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Aug 4, 2010

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com