# COHEN MILSTEIN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/25/10
```

**RECEIVED**
AUG 2 4 2010
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Catherine A. Torell
(212) 838-0984
ctorell@cohenmilstein.com

August 23, 2010

<u>VIA HAND DELIVERY</u>

The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1581

Re: <u>In re Royal Bank of Scotland Group PLC Securities Litigation
    09-Civ 300 (DAB)</u>

Dear Judge Batts:

MEMO ENDORSED

We are one of the co-lead counsel for the Ordinary Share Lead Plaintiffs in the above-captioned matter.

We write to respectfully request a second extension of time for the submission of our response addressing the impact of the Supreme Court's June 24, 2010 decision in *Morrison v. National Australia Bank Ltd.*, No. 08-1191. Pursuant to the Plaintiffs' request, Your Honor previously set a briefing schedule that provided for Plaintiffs' response to be filed on August 25 2010 and for Defendants' reply to be filed on September 15, 2010. Defendants' opening brief was filed on July 20, 2010.

Granted
DAB
08/25/10

Plaintiffs request an extension of 15 days, such that their response would be due on September 8, 2010. Defendants have consented to this request, provided that the Court allows that the due date for their reply submission be re-set for September 29, 2010. These dates take into consideration the fact that there has been a recent change in administration at Massachusetts PRIM, requiring additional coordination among counsel during a time when several of Lead Plaintiffs' attorneys responsible for this matter have been, or are currently, on vacation.

MEMO ENDORSE

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
Aug 25, 2010

Cohen Milstein Sellers & Toll PLLC    88 Pine Street    14th Floor
t: 212 838 7797    f: 212 838 7745    www.cohenmilstein.com
Washington D.C.    New York    Philadelphia    Chicago