USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/24/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

In re ROYAL BANK OF SCOTLAND GROUP PLC          09 Civ. 300 (DAB)
SECURITIES LITIGATION                           ORDER


------------------------------------X
DEBORAH A. BATTS, United States District Judge.

On October 23, 2009, three sets of defendants filed motions to dismiss: Docket No. 99, Underwriter Defendants' Notice of Motion to Dismiss, dated October 23, 2009; Docket No. 102, The Royal Bank of Scotland Group PLC's Notice of Motions to Dismiss the Consolidated Amended Complaint; and Docket No. 112, The RBS Individuals' Notice of Motions to Dismiss the Consolidated Amended Complaint. However, currently before the Court is the applicability of the Supreme Court's June 24, 2010 decision in Morrison v. National Australia Bank Ltd. The motions on this issue will be fully submitted for the Court's consideration on September 29, 2010.

Accordingly, the Clerk is directed to terminate the Motions at Docket Nos. 99, 102 and 112, without prejudice. The Court will consider these motions after a decision on the application of Morrison. Upon the Court's decision on the application of

Morrison, the parties should confer and advise the Court as to whether amended briefing on the October 23, 2009 motions to dismiss is appropriate.

SO ORDERED.

Dated:   New York, New York
         September 24, 2010

*Deborah A. Batts*
Deborah A. Batts
United States District Judge