AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                DISTRICT OF                New York

IN RE ROYAL BANK OF SCOTLAND GROUP
PLC SECURITIES LITIGATION

**APPEARANCE**

Case Number: 09 Civ. 300 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Irving Firemen's Relief and Retirement Fund, Movant.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/8/2011 | _[signature]_ |
| Date | Signature |
| | Beth A. Kaswan — BK0264 |
| | Print Name — Bar Number |
| | Scott+Scott LLP, 500 Fifth Avenue, 40th Floor |
| | Address |
| | New York     NY     10110 |
| | City     State     Zip Code |
| | (212) 223-6444     (212) 223-6334 |
| | Phone Number     Fax Number |