UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION

No. 09 Civ. 300 (DAB)

CERTIFICATE OF SERVICE

-----------------------------------------------------------------X

   I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

   On the 8th day of February 2011, I have caused service of the Underwriter Defendants' Response to the Motion for Clarification and Reconsideration of Mississippi Public Employees' Retirement Syste to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

Dated: New York, New York
    February 9, 2011

                      _____
                       Richard V. Conza