UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE ROYAL BANK OF SCOTLAND : (ECF Case)
GROUP PLC SECURITIES LITIGATION :
: 09 Civ. 300 (DAB)
------------------------------------------------------------- X

## MOTION FOR *PRO HAC VICE* ADMISSION

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph P. Guglielmo, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Mary K. Blasy
> Scott+Scott LLP
> 707 Broadway, Suite 1000
> San Diego, CA 92101
> Tel: (619) 233-4565
> Fax: (619) 233-0508

Ms. Blasy is a member in good standing of the Bar of the State of California, from which a Certificate of good standing is attached hereto. There are no pending disciplinary proceedings against Ms. Blasy in any State or Federal court.

DATED: February 10, 2011

SCOTT+SCOTT LLP

JOSEPH P. GUGLIELMO (JG 2447)
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel: 212/223-6444
Fax: 212/223-6334
Email: jguglielmo@scott-scott.com

*Counsel for Irving Firemen's Relief and Retirement Fund*

1



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### MARY KATHERINE BLASY

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that MARY KATHERINE BLASY was on the 7TH day of DECEMBER, 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 2ND day of FEBRUARY, 2011.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
*Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
IN RE ROYAL BANK OF SCOTLAND  : (ECF Case)
GROUP PLC SECURITIES LITIGATION : 09 Civ. 300 (DAB)
-------------------------------------------------- :
                                                    X

## AFFIDAVIT OF JOSEPH P. GUGLIELMO

## FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

State of New York  )
                   ) ss:
County of New York )

Joseph P. Guglielmo, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at law at Scott+Scott LLP, counsel for Movant and proposed intervenor plaintiff Irving Firemen's Relief and Retirement Fund ("Plaintiff/Intervenor" or "Irving Firemen") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Irving Firemen's motion to admit Mary K. Blasy as counsel *pro hac vice* to represent Plaintiff/Intervenor in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1996. I am also admitted to the bar of the United States District Courts for the Southern and Eastern Districts of New York, and am in good standing with these Courts.

3. I have known Mary K. Blasy since 2006.

4. Ms. Blasy is a member of the law firm, Scott+Scott LLP, and is located in the San Diego, California office.

5. I have found Ms. Blasy be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Mary K. Blasy, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mary K. Blasy, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Mary K. Blasy, *pro hac vice*, to represent Plaintiff/Intervenor in the above-captioned matter, be granted.

Dated: February 10, 2011

Respectfully submitted,

/s/ Joseph P. Guglielmo

JOSEPH P. GUGLIELMO (JG-2447)
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone:    212-223-6444
Facsimile:    212-223-6334
jguglielmo@scott-scott.com

Subscribed and sworn to before me this

10th day of February, 2011

Ann E. Slaughter
Notary Public

ANN E. SLAUGHTER
Notary Public-State of New York
No. 01SL6183108
Qualified in Bronx County
Commission Expires March 10, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE ROYAL BANK OF SCOTLAND         :   (ECF Case)
GROUP PLC SECURITIES LITIGATION      :   09 Civ. 300 (DAB)
---------------------------------------------------          :
                                                             X

## EXHIBIT A

### PROPOSED ORDER GRANTING ADMISSION OF

#### MARY K. BLASY
#### *PRO HAC VICE*

Upon the motion of Joseph P. Guglielmo, attorney for Movant and Plaintiff/Intervenor, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Mary K. Blasy
Scott+Scott LLP
707 Broadway, 10th Floor
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email Address: mblasy@scott-scott.com

is admitted to practice *pro hac vice* as counsel for Intervenor Plaintiff Irving Firemen in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov, and shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2011         _____
       New York, NY                   HON. DEBORAH A. BATTS
                                      United States District Judge

3

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion for *Pro Hac Vice* Admission and Affidavit in Support of Motion was served on February 10, 2011, via Regular Mail on all counsel of record, as follows:

Daniel Charles Girard
Amanda Steiner
Jonathan K. Levine
Regina A. Sandler
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108

James Abram Harrod , III
Lester L. Levy , Sr
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Samuel Howard Rudman
David Avi Rosenfeld
Robbins Geller Rudman & Dowd LLP(LI)
58 South Service Road
Suite 200
Melville, NY 11747

Daniel S. Sommers
Cohen Milstein Sellers & Toll PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Patrick Joseph Coughlin
Patrick W. Daniels
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Randi Dawn Bandman
Robbins Geller Rudman & Dowd LLP (LA)
9601 Wilshire Boulevard
Suite 510
Los Angeles, CA 90210

Gregory Bradley Linkh
Marvin Lawrence Frank
Olga E. Fort
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10016

Denis Francis Sheils
Kohn, Swift & Graf, P.C.
1101 Market Street
Suite 2400
Philadelphia, PA 19107

Gustavo Fabian Bruckner
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Jack Gerald Fruchter
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 1910
New York, NY 10119

Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Ave., 10th Floor
New York, NY 10017

2

Kim Elaine Miller
Kahn Swick & Foti, LLC
500 5th Avenue, Suite 1810
New York, NY 10110

David Sapir Lesser
Paul Adam Engelmayer
Robert Walter Trenchard
Wilmer, Cutler, Hale & Dorr, L.L.P. (NYC)
399 Park Avenue
New York, NY 10022

Lewis J. Liman
Cleary Gottlieb Steen & Hamilton, LLP(NYC)
One Liberty Plaza
New York, NY 10006

/s/ Joseph P. Guglielmo
JOSEPH P. GUGLIELMO
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY  10110
Tel: 212/223-6444
Fax: 212/223-6334
Email: jguglielmo@scott-scott.com

*Counsel for Irving Firemen's Relief and Retirement Fund*

3