UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ROYAL BANK OF SCOTLAND
GROUP PLC SECURITIES
LITIGATION

(ECF Case)

09-cv-0300

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gregory Nespole of the law firm of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP hereby enters his appearance as counsel of record on behalf of movants Michael T. Sullivan and the Harold Powell Trust U/A in the above captioned Action.

I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         February 17, 2011

        **WOLF HALDENSTEIN ADLER
        FREEMAN & HERZ LLP**

By:   _____/s/ Gregory Nespole_____
      Gregory Nespole *(nespole@whafh.com)*
      270 Madison Avenue
      New York, New York 10016
      Tel.: (212) 545-4600
      Fax: (212) 545-4653

*Counsel for Movant Michael T. Sullivan*