UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION | (ECF Case)<br><br>09-cv-0300 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Malcolm Brown of the law firm of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP hereby enters his appearance as counsel of record on behalf of movants Michael T. Sullivan and the Harold Powell Trust U/A in the above captioned Action.

I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         February 17, 2011

                                    **WOLF HALDENSTEIN ADLER**
                                      **FREEMAN & HERZ LLP**

By:       /s/ Malcolm Brown
Malcolm Brown *(brown@whafh.com)*
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

*Counsel for Movant Michael T. Sullivan*