UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION | 09 Civ. 300 (DAB) |
| LIGHTHOUSE FINANCIAL GROUP, Individually and On Behalf of All Others Similarly Situated, <br><br>                       Plaintiff, <br><br>     v. <br><br> THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.*, <br><br>                       Defendants. | 11 Civ. 398 (GBD) |
| ETHAN GOLD, Individually and On Behalf of All Others Similarly Situated, <br><br>                       Plaintiff, <br><br>     v. <br><br> THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.*, <br><br>                       Defendants. | 11 Civ. 1162 (NRB) |

**LIGHTHOUSE FINANCIAL GROUP LLC'S NOTICE OF MOTION
TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42(a)**

**SADIS & GOLDBERG LLP**
Charles H. Dufresne, Jr. (CD-4864)
551 Fifth Avenue, 21st Floor
New York, New York 10176
Tel: 212-573-6660

**GARDY & NOTIS, LLP**
Mark C. Gardy
James S. Notis
Kira German
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7337

*Counsel for Plaintiff-Movant Lighthouse Financial Group LLC*

PLEASE TAKE NOTICE that plaintiff Lighthouse Financial Group LLC ("Lighthouse"), by its counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York 10007-1312, for an Order, pursuant to Fed. R. Civ. P. 42(a), (i) consolidating *Lighthouse Financial Group LLC v. Royal Bank of Scotland Group PLC et. al.*, 11 Civ. 398 (GBD) with *In Re Royal Bank of Scotland Group PLC Securities Litigation*, 09 Civ. 300 (DAB) and *Gold* v. *Royal Bank of Scotland Group PLC*, 11 Civ. 1162 (NRB); and (ii) granting Lighthouse such other and further relief as the Court deems appropriate. In support of this Motion, Lighthouse submits herewith a supporting Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that counsel for plaintiff-movant Lighthouse hereby requests oral argument.

Dated: March 4, 2011                           Respectfully submitted,

**SADIS & GOLDBERG LLP**

By: s/ Charles H. Dufresne, Jr.
    Charles H. Dufresne, Jr. (CD-4864)
551 Fifth Avenue, 21st Floor
New York, New York 10176
Tel: 212-573-6660
Fax: 212-573-6661

**GARDY & NOTIS, LLP**
Mark C. Gardy
James S. Notis
Kira German
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7337
Fax: 201-567-7377

*Counsel for Plaintiff-Movant*
*Lighthouse Financial Group LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 4, 2011          **SADIS & GOLDBERG LLP**

By: *s/ Charles H. Dufresne, Jr.*
     Charles H. Dufresne, Jr. (CD-4864)
551 Fifth Avenue, 21st Floor
New York, New York 10176
Tel: 212-573-6660
Fax: 212-573-6661

**GARDY & NOTIS, LLP**
Mark C. Gardy
James S. Notis
Kira German
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7337
Fax: 201-567-7377

*Attorneys for Movant Lighthouse Financial Group*