UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION . | No. 09-CV-300 (DAB) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Fei-Lu Qian of Pomerantz Haudek, Grossman & Gross LLP, hereby enters an appearance as counsel in the above-captioned action on behalf of Plaintiff Barbara Fitter, and requests that he be served with all future pleadings.

Dated: New York, NY
March 22, 2011

**POMERANTZ HAUDEK
GROSSMAN & GROSS LLP**

By:   s/ Fei-Lu Qian
Fei-Lu Qian
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: 212-661-1100
Facsimile: 212-661-8665
email:  flqian@pomlaw.com