UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION | 09 Civ. 300 (DAB) |
| LIGHTHOUSE FINANCIAL GROUP, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.,*<br><br>　　　　　Defendants. | 11 Civ. 398 (GBD) |
| ETHAN GOLD, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.,*<br><br>　　　　　Defendants. | 11 Civ. 1162 (NRB) |

**IRVING FIREMEN'S RELIEF AND RETIREMENT FUND'S JOINDER IN PLAINTIFF ETHAN GOLD'S RESPONSE TO LIGHTHOUSE FINANCIAL GROUP LLC'S MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42(a)**

Proposed Lead Plaintiff movant Irving Firemen's Relief and Retirement Fund ("Irving Fire") respectfully joins Plaintiff Ethan Gold's response to Lighthouse Financial Group LLC's ("Lighthouse") motion to consolidate the above-captioned matters pursuant to Fed. R. Civ. P. 42(a).[1]  Like Mr. Gold, Irving Fire does not object to consolidation of *Lighthouse Financial Group LLC v. The Royal Bank of Scotland Group PLC, et al.*, No. 11 Civ. 398 (GBD) (the "Lighthouse Action") and *Gold v. The Royal Bank of Scotland Group PLC, et al.*, No. 11 Civ. 1162 (NRB) (the "Gold Action") once the actions are transferred to one judge. However, for the reasons stated by Mr. Gold, Irving Fire, too, vigorously objects to Lighthouse's effort to violate the lead plaintiff provisions under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3), attempting to usurp for itself a leadership position in this case before the PSLRA's 60-day deadline passes.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) ("not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class"). *See* Gold Response at 4-6.

Moreover, the PSLRA notice Ethan Gold published alerting investors to the filing of his action stated putative class members have until April 19, 2011 to move for appointment as lead plaintiff.  *See* Gold Response at 1, 3.  Irving Fire intends to move for appointment as Lead Plaintiff.  In order to ameliorate any deadline confusion caused by Lighthouse's defective filing and failure to provide PSLRA notice, Irving Fire respectfully requests that this Court confirm that pursuant to

---

[1]   As Ethan Gold's response to Lighthouse's motion to consolidate explains at page 2: "Irving Firemen … moved to intervene in *In re RBS* and requested that the court substitute it as the lead plaintiff for ADR investors … Judge Batts issued … the Feb. 16 Order den[ying] Irving Firemen's motion and noted the court's reluctance to delay *In re RBS* by including ADR claims in that action." (ECF No. 179, "Gold Response").

1

the provisions of the PSLRA, putative class members have until April 19, 2011 to file a motion with the Court for appointment as lead plaintiff. *Id.*

DATED: March 22, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SCOTT+SCOTT LLP

　　　　　　　　　　　　　　　　　　　　 /s/  David R. Scott
　　　　　　　　　　　　　　　　　　　　DAVID R. SCOTT (DS 8053)
　　　　　　　　　　　　　　　　　　　　BETH A. KASWAN (BK 0264)
　　　　　　　　　　　　　　　　　　　　JOSEPH P. GUGLIELMO (JG 2447)
　　　　　　　　　　　　　　　　　　　　DONALD A. BROGGI
　　　　　　　　　　　　　　　　　　　　500 Fifth Avenue, 40th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY  10110
　　　　　　　　　　　　　　　　　　　　Tel: 212/223-6444
　　　　　　　　　　　　　　　　　　　　Fax: 212/223-6334
　　　　　　　　　　　　　　　　　　　　Email:  drscott@scott-scott.com
　　　　　　　　　　　　　　　　　　　　　　　　bkaswan@scott-scott.com
　　　　　　　　　　　　　　　　　　　　　　　　jguglielmo@scott-scott.com
　　　　　　　　　　　　　　　　　　　　　　　　dbroggi@scott-scott.com

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　SCOTT+SCOTT LLP
　　　　　　　　　　　　　　　　　　　　MARY K. BLASY
　　　　　　　　　　　　　　　　　　　　707 Broadway, Suite 1000
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　Tel: 619/233-4565
　　　　　　　　　　　　　　　　　　　　Fax: 619/233-0508
　　　　　　　　　　　　　　　　　　　　Email: mblasy@scott-scott.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Irving Firemen's Relief and Retirement Fund*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 22, 2011.

   /s/  David R. Scott
DAVID R. SCOTT (DS 8053)
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY  10110
Tel: 212/223-6444
Fax: 212/223-6334
Email: drscott@scott-scott.com

*Counsel for Irving Firemen's Relief and Retirement Fund*

3