UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION | 09 Civ. 300 (DAB) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-captioned cases for movant Lighthouse Financial Group, LLC.  I certify that I am admitted to practice in this Court.

Dated:  April 21, 2011            Respectfully submitted,

   /s James S. Notis
    James S. Notis
GARDY & NOTIS, LLP
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
Tel.: 201-567-7377
Fax: 201-567-7337
E-mail: jnotis@gardylaw.com

*Attorney for Lighthouse Financial Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically on the 21st day of April 2011. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record in this action.

/s James S. Notis
James S. Notis
