UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                        :
In re ROYAL BANK OF SCOTLAND                            :
GROUP PLC SECURITIES LITIGATION                         :
                                                        :  ECF CASE
                                                        :
                                                        :  09-cv-00300 (DAB)
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
------------------------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Royal Bank of Scotland Group plc, Sir Frederick Anderson Goodwin, Guy Robert Whitaker, Lawrence Kingsbaker Fish, Gordon Francis Pell, Sir Stephen Arthur Robson, Robert Avisson Scott, Peter Denis Sutherland, Archibald Hunter, Charles John Koch, Joseph Patrick MacHale, Sir Thomas Fulton McKillop, John Cameron, Mark Fisher, and Colin Alexander Buchan.  I certify that I am admitted to practice in this Court.

Dated: May 12, 2011

                                                    Respectfully submitted,

                                                    By: /s/ Andrea J. Robinson___
                                                    Andrea J. Robinson
                                                    WILMER CUTLER PICKERING HALE
                                                       AND DORR LLP
                                                    60 State Street

Boston, MA 02109
Tel.: 617-526-6360
Fax: 617-526-5000
Email: andrea.robinson@wilmerhale.com