**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION | No. 09 Civ. 300 (DAB)<br><br>**UNDERWRITER DEFENDANTS' NOTICE OF MOTION TO DISMISS**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of The Motion to Dismiss of Defendants Merrill Lynch, Pierce, Fenner & Smith Inc.; Greenwich Capital Markets Inc. (n/k/a RBS Securities Inc.); Wachovia Capital Markets, LLC (n/k/a Wells Fargo Securities, LLC); Morgan Stanley & Co. Incorporated; UBS Securities LLC; Banc of America Securities LLC; RBC Dain Rauscher Inc. (n/k/a RBC Capital Markets Corporation); Citigroup Global Markets Inc.; A.G. Edwards & Sons, Inc.; and Goldman, Sachs & Co. (collectively, the "Underwriter Defendants"), and the Declaration of Roger A. Cooper, dated June 1, 2011, and the exhibits attached thereto, the Underwriter Defendants by and through their undersigned attorneys, will move before the Honorable Deborah A. Batts, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 24-B, New York, New York 10007, on such date as the Court will determine, for an Order, under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing the Amended Complaint in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that pursuant to the order of the Court, opposing papers, if any, must be served and filed on or before July 18, 2011, and reply papers, if any, must be served and filed on or before August 1, 2011.

Dated: New York, NY
June 1, 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Mitchell A. Lowenthal

Mitchell A. Lowenthal
(mlowenthal@cgsh.com)
Lewis J. Liman
(lliman@cgsh.com)
Roger A. Cooper
(racooper@cgsh.com)
Nancy I. Ruskin
(nruskin@cgsh.com)
One Liberty Plaza
New York, NY 10006
(212) 225-2000
(212) 225-3999 (Facsimile)

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Inc.; Greenwich Capital Markets Inc. (n/k/a RBS Securities Inc.); Wachovia Capital Markets, LLC (n/k/a Wells Fargo Securities, LLC); Morgan Stanley & Co. Incorporated; UBS Securities LLC; Banc of America Securities LLC; RBC Dain Rauscher Inc. (n/k/a RBC Capital Markets Corporation); Citigroup Global Markets Inc.; A.G. Edwards & Sons, Inc.; Goldman, Sachs & Co.*

TO:    GIRARD GIBBS LLP
Jonathan K. Levine, Esq.
711 Third Avenue, 20th Floor
New York, NY 10017
Tel: (212) 867-1721

- and -

Daniel C. Girard, Esq.
Amanda M. Steiner, Esq.
Regina A. Sandler, Esq.
601 California Street, 14th Floor
San Francisco, CA 94108
Tel: (415) 981-4800

*Attorneys for the Freeman Group
and Lead Counsel for the Class*

LABATON SUCHAROW LLP
Thomas A. Dubbs, Esq.
Louis Gottlieb, Esq.
Thomas G. Hoffman, Jr., Esq.
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

- and -

WOLF POPPER LLP
Lester L. Levy, Esq.
James A. Harrod, Esq.
James Kelly-Kowlowitz, Esq.
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600

*Attorneys for Mississippi Public Employees'
Retirement System and Co-Lead Counsel
for the Class*

MURRAY, FRANK & SAILER LLP
Marvin L. Frank, Esq.
Gregory B. Linkh, Esq.
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (212) 682-1818

POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP
Patrick V. Dahlstrom, Esq.
One North La Salle Street, Suite 2225
Chicago, IL 60602
Tel: (312) 377-1181

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan, Esq.
850 Third Avenue
New York, NY 10022
Tel: (212) 687-1980

FARUQI & FARUQI, LLP
Nadeem Faruqi, Esq.
Antonio Vozzolo, Esq.
369 Lexington Aveune, 10th Floor
New York, NY 10017
Tel: (212) 983-9330

*Additional Plaintiffs' Counsel*