```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/28/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In Re ROYAL BANK OF SCOTLAND GROUP PLC
SECURITIES LITIGATION.                    09 Civ. 300 (DAB)
                                              ORDER
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

The Clerk is DIRECTED to terminate the Motions at Docket Nos. 165 and 171 as they are Moot and otherwise addressed in the Court's Order of February 16, 2011 (Docket No. 172).

SO ORDERED.

Dated:   New York, New York
         June 28, 2011

                                    _____
                                    Deborah A. Batts
                                    United States District Judge

1