UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION | x<br>:<br>:  Civil Action No.:<br>:  09-CV-0300 (DAB)<br>:<br>:<br>:  ECF CASE<br>:<br>x |

# NOTICE OF WITHDRAWAL OF MATTHEW K. HANDLEY

**To the Clerk of Court and all parties of record:**

As of July, 2, 2011, Matthew K. Handley will no longer be associated with the firm of Cohen Milstein Sellers & Toll PLLC.  Please withdraw his appearance on behalf of Plaintiff Massachusetts Pension Reserves Investment Management Board ("MassPRIM").  Cohen Milstein Sellers & Toll PLLC will continue to serve as Counsel for MassPRIM in this matter.

Respectfully submitted this 30th day of June, 2011.

               **COHEN MILSTEIN SELLERS & TOLL PLLC**

                */s/ Steven J. Toll*
               Steven J. Toll
               Julie G. Reiser
               1100 New York Avenue, N.W.
               West Tower, Suite 500
               Washington, DC 20005-3964
               Telephone: (202) 408-4600
               Facsimile: (202) 408-4699
                - and -
               Catherine A. Torell
               150 East 52nd Street, Thirtieth Floor
               New York, New York 10022
               Telephone: (212) 838-7797
               Facsimile: (212) 838-7745
               *Attorneys for Massachusetts Pension Reserves Investment Management Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

                                                                     */s/ Steven J. Toll*
                                                                         Steven J. Toll