**MEMO ENDORSED**

# GIRARD GIBBS LLP



Attorneys at Law

601 California Street, 14th Floor
San Francisco, CA 94108-2819
Tel: 415.981.4800 | Fax: 415.981.4846
www.girardgibbs.com

711 Third Avenue, 20th Floor
New York, NY 10017-4036
Tel: 212.867.1721
Fax: 212.867.1767

July 12, 2011

**VIA HAND DELIVERY**



The Honorable Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re: *In re Royal Bank of Scotland Group PLC Securities Litigation*
Case No. 09-cv-300 (DAB)

Dear Judge Batts:

We represent the plaintiffs in this matter.

**MEMO ENDORSED**

The parties have conferred about the current briefing schedule for the defendants' motions to dismiss. On June 1, the defendants filed three motions. The Royal Bank of Scotland Group PLC (RBS) filed a motion to dismiss under the forum non conveniens doctrine, RBS and the Individual Defendants filed a motion to dismiss under Rule 12(b)(6) and (2), and the Underwriter Defendants filed a motion to dismiss under Rule 12(b)(6) and (1).

Because of the significant number of issues raised in this briefing, plaintiffs request (and the defendants do not oppose) a short extension to the briefing schedule, as follows:

Granted
/DAB/
07/15/11

(1) The time for plaintiffs to oppose the motions to dismiss shall be extended from July 18, 2011 to July 29, 2011.

(2) The time for defendants to reply to plaintiffs' oppositions shall be extended from August 17, 2011 to September 9, 2011.

The parties have not previously requested extensions of these dates.

Respectfully submitted,

**MEMO ENDORSED**

**GIRARD GIBBS LLP**

Amanda St[einer]

**SO ORDERED**

Amanda Steiner

cc: All Counsel of Record

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
07/15/11