USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/24/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
                                                          :
In re ROYAL BANK OF SCOTLAND                              :
GROUP PLC SECURITIES LITIGATION                           :
                                                          :  ECF CASE
                                                          :
                                                          :  09-cv-00300 (DAB)
                                                          :
--------------------------------------------------------- X

### NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD AND ~~PROPOSED ORDER~~  DAB 8/24/11

**PLEASE TAKE NOTICE** that Paul A. Engelmayer of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance as counsel of record in the above captioned-matter for Defendant Royal Bank of Scotland Group plc. As of September 1, 2011 Mr. Engelmayer will no longer be a member of Wilmer Cutler Pickering Hale and Dorr LLP. Defendant remains represented by Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Engelmayer is not asserting a retaining or charging lien.

Dated:  New York, New York
        August 17, 2011

Respectfully submitted,

*Paul A. Engelmayer*
Paul A. Engelmayer
WILMER CUTLER PICKERING
  HALE & DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

**SO ORDERED**

*Deborah A. Batts* 8/24/11
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

ACTIVEUS 90358822v1