UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE ROYAL BANK OF SCOTLAND GROUP PLC : No. 09 Civ. 300 (DAB)
SECURITIES LITIGATION :
: CERTIFICATE OF SERVICE
:
:
-----------------------------------------------------------------X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      On the 9th day of September 2011, I have caused service of the Declaration of Roger A. Cooper in Support of the Underwriter Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss the Amended Complaint and Underwriter Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss the Amended Complaint to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

Dated:  New York, New York
          September 14, 2011

                                                      Richard V. Conza