UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re ROYAL BANK OF SCOTLAND GROUP
PLC SECURITIES LITIGATION,

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/12

09 CIVIL 0300 (DAB)

**JUDGMENT**

The Underwriter Defendants and the RBS Individual Defendants having moved to dismiss the Second Consolidated Amended Complaint ("SAC") pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6), as well as for forum non conveniens, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on September 4, 2012, having rendered its Memorandum and Order granting the Motions to Dismiss filed by RBS and the Individual Defendants, and by the Underwriter Defendants, and dismissing the SAC, with prejudice, in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 4, 2012, the Motions to Dismiss filed by RBS and the Individual Defendants, and by the Underwriter Defendants, are hereby granted; the SAC is dismissed, with prejudice, in its entirety; accordingly, the case is closed.

Dated: New York, New York
September 6, 2012

RUBY J. KRAJICK

Clerk of Court

BY:

_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____