UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION | 09 Civ. 300 (DAB) |

# NOTICE OF APPEAL

Jonathan K. Levine
**GIRARD GIBBS LLP**
711 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 867-1721
Facsimile: (212) 867-1767

Daniel C. Girard
Amanda M. Steiner
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**Lead Plaintiffs' Counsel**

Notice is given that Lead Plaintiff The Freeman Group, on behalf of all plaintiffs and the proposed class, appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the sixth day of September, 2012.

| | |
|---|---|
| DATED: September 7, 2012 | Respectfully submitted, |
| | **GIRARD GIBBS LLP** |

<div style="margin-left:3em;">

s/ Jonathan K. Levine
Jonathan K. Levine
711 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 867-1721
Facsimile: (212) 867-1767
Email: jkl@girardgibbs.com
    - and -
Daniel C. Girard
Amanda M. Steiner
Christina H.C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Lead Plaintiffs' Counsel*

**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Louis Gottlieb
Thomas G. Hoffman, Jr.
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Plaintiffs' Counsel and Counsel for the Mississippi Public Employees Retirement System*

</div>

**WOLF POPPER LLP**
Lester L. Levy
James A. Harrod
Robert S. Plosky
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

*Plaintiffs' Counsel and Counsel for the Mississippi Public Employees Retirement System*

**MURRAY, FRANK LLP**
Marvin L. Frank
Gregory A. Frank
Benjamin Bianco
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

*Plaintiffs' Counsel and Counsel for Robert Knollenberg*

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
One North La Salle Street, Suite 2225
Chicago, IL 60602
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*Plaintiffs' Counsel*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Plaintiffs' Counsel*

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Shane Rowley
Antonio Vozzolo
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

*Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re ROYAL BANK OF SCOTLAND GROUP
PLC SECURITIES LITIGATION,

09 CIVIL 0300 (DAB)

-----------------------------------------------------------X

**JUDGMENT**

The Underwriter Defendants and the RBS Individual Defendants having moved to dismiss the Second Consolidated Amended Complaint ("SAC") pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6), as well as for forum non conveniens, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on September 4, 2012, having rendered its Memorandum and Order granting the Motions to Dismiss filed by RBS and the Individual Defendants, and by the Underwriter Defendants, and dismissing the SAC, with prejudice, in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 4, 2012, the Motions to Dismiss filed by RBS and the Individual Defendants, and by the Underwriter Defendants, are hereby granted; the SAC is dismissed, with prejudice, in its entirety; accordingly, the case is closed.

Dated: New York, New York
September 6, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

_____
**Deputy Clerk**

THIS DO
TONSTRECUMENT WAS ENTERED
ON THE DOCKET ON _____

# CERTIFICATE OF SERVICE

I, Jonathan K. Levine, hereby certify that on September 7, 2012 I caused the following document(s) to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service:

### 1. NOTICE OF APPEAL

Counsels of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of September 2012 at San Francisco, California.

    s/ Jonathan K. Levine
    Jonathan K. Levine
    711 Third Avenue, 20th Floor
    New York, NY 10017
    Telephone: (212) 867-1721
    Facsimile: (212) 867-1767
    Email: jkl@girardgibbs.com